UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROCHELLE M. CORSON,

                         Plaintiff,                    **ORDER**
                                                                       CV 01-6508 (ARL)
        -against-

ANGELA PASHAYAN,

                         Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter dated May 14, 2005, requesting that the court hold a conference to address the use of "composite exhibits and the basis for properly refusing to stipulate to authenticity" in the proposed joint pretrial order. Also before the court is the defendant's response to that letter dated May 16, 2005. The plaintiff's request is denied as the court does not believe a conference is necessary. The court has reviewed the plaintiff's proposed "composite list" and finds that it is inadequate. The list contains several vague references to large groupings of documents produced by the plaintiff as automatic disclosure. The parties must identify each and every document to be offered in evidence individually. The list should also include possible impeachment and rebuttal documents. Absent a showing of good cause, only those exhibits listed will be received in evidence.

      The court need not address the plaintiff's complaint that the defendant was unwilling to stipulate to the authenticity of the composite list as the court finds the composite list inadequate. The court does, however, remind the parties that they should try to resolve all issues of authenticity prior to trial and, if they are unable to do so, must include in the proposed joint pretrial order a brief description of the basis of any objection to the admissibility of any

document to be offered by any party.  All rulings on the admissibility of exhibits will, thereafter, be made at trial.

Dated: Central Islip, New York
      May 24, 2005                    **SO ORDERED:**

                                                    _____/s/_____
                                                    Arlene Rosario Lindsay
                                                    United States Magistrate Judge